IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                             PLAINTIFF

Vs.                             CASE NO.  4:03cr00225-03 JMM

AMANDA KETELSEN                                                                      DEFENDANT

## ORDER

It has come to the Court's attention that Defendant's representation by the Federal Public Defender's Office presents a conflict.  Therefore, Bruce Eddy is relieved from the previous appointment.  Les Ablondi, who previously represented Defendant, is hereby appointed to represent Defendant in the probation revocation proceedings.

The hearing on the motion to revoke probation is rescheduled from May 19, 2006, to **Friday, May 26, 2006 at 10:00 a.m.**  The Clerk is directed to reissue summons for the new hearing date.

IT IS SO ORDERED this 26th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE