IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

Vs.                              CASE NO.  4:03cr00225-03 JMM

AMANDA KETELSEN                                                                          DEFENDANT

ORDER

    Defendant appeared for a hearing on the United States' motions to revoke probation (docket entries #151 & #161).  Defendant admitted to most allegations contained in the violation memos.  Following statements in mitigation by defense counsel, Defendant's mother, and Defendant, and response by the United States, the Court denies the motions to revoke probation.

    Defendant's conditions of probation are modified to place Defendant on home incarceration with electronic home monitor for a period of four (4) months.  Due to Defendant's financial situation and the balance due on the restitution, the cost associated with electronic monitoring will be paid by the United States.  Defendant is restricted to her residence at all times except for medical needs or treatment, religious services, and court appearances, all which must be pre-approved by the supervising officer.  The Court granted Defendant's request to pick up her children at school until school recesses for the summer.  The time Defendant will be away from the home to pick up her children must be cleared with the supervising officer.  All other conditions of Defendant's probation previously imposed remain in effect.

    Defendant is warned that any further violations of probation will result in a show cause hearing as to why her probation should not be revoked.

    IT IS SO ORDERED this   26th   day of May, 2006.

                                                                                                                _____
                                                                                                UNITED STATES DISTRICT JUDGE